SO ORDERED.

Dated: June 02, 2010

REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

David W. Smith
Schmitt Manz Swanson & Mulhern
1000 Walnut Street, Suite 800
Kansas City, MO 64106
Telephone: (816) 472-5310
Facsimile: (816) 472-5320
dsmith@schmittmanzlaw.com

David W. Smith (No. 012892)

Attorney for Credit Union West

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In Re:

JEFFREY SCOTT BROWN and PENNY C. BROWN,

    Debtors.

---

CREDIT UNION WEST,

    Movant,

v.

JEFFREY SCOTT BROWN and PENNY C. BROWN,

    Debtors.

No. 2:09-bk-13767 RTB

Chapter 13

Reference Docket #44

**ORDER GRANTIN MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Re: 2008 Jeep Wrangler

This matter came before the Court pursuant to the Credit Union West's ("CUW"), Motion For Relief From The Automatic Stay" (the "Motion") filed herein. CUW is a secured creditor and party in interest in the above-captioned Chapter 13 case filed by Jeff and Penny Brown (the "Debtors"). In the Motion, CUW requests that the Court grant it relief from all stays and injunctions, including the

automatic stay of Bankruptcy Code §362(a), so that CUW may enforce its rights and remedies against the Debtors' a 2008 Jeep Wrangler bearing VIN 1J4FA24118L561687.

After appropriate notice and opportunity for objection as required under Local Bankruptcy Rule 4001-1, and after appropriate certificate of no objection by CUW's counsel, it appearing that there is no objection to the relief requested; and good cause appearing therefore,

**THE COURT HEREBY ORDERS** as follows:

1. The Motion shall be, and hereby is, granted in all respects.

2. All stays and injunctions, including the automatic stay of Bankruptcy Code §362(a), shall be and hereby are vacated with respect to the following personal property: 2008 Jeep Wrangler bearing VIN 1J4FA24118L561687.

3. This Order does not prejudice or otherwise affect CUW's rights and remedies with respect to any other loans and security for those loans as provided by the respective loan documents and Bankruptcy law or its ability to be paid from proceeds previously paid to the Trustee by Debtors. The requirement under Bankruptcy Rule 4001(a)(3) staying enforcement for fourteen days is waived and that CUW may immediately enforce its rights under the Order as the Debtors have voluntarily surrendered the Vehicle to CUW.

**DATED:** _____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

2